July 14, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

KEVIN COLE, YOLANDA FELDER AND ALL OTHER OCCUPANTS,
Appellant

NO. 14-15-00200-CV                               V.

AMERICAN HOMES 4 RENT PROPERTIES ONE LLC, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 3, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Kevin Cole, Yolanda Felder and all other Occupants.

We further order this decision certified below for observance.